IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITE HERE HEALTH, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | CIVIL ACTION |
| | ) | |
| ROYAL BLUE HOSPITALITY, LLC, | ) | NO. 22 C 4767 |
| BLUE SKY HOSPITALITY SOLUTIONS, LLC, | ) | |
| d/b/a LONG ISLAND MARRIOTT, | ) | JUDGE SHARON JOHNSON COLEMAN |
| NAVEEN SHAH, CEO, | ) | |
| SAUROV ARORA, DIRECTOR OF FINANCE, | ) | |
| | ) | |
| Defendants. | ) | |

**MOTION FOR ENTRY OF DEFAULT AND JUDGMENT**

Plaintiffs, by their attorneys, and pursuant to Federal Rule of Civil Procedure Rule 55(b), move for entry of judgment by default against Defendants, ROYAL BLUE HOSPITALITY, LLC, BLUE SKY HOSPITALITY SOLUTIONS, LLC, d/b/a LONG ISLAND MARRIOTT, NAVEEN SHAH, CEO, and SAUROV ARORA, DIRECTOR OF FINANCE, in the total amount of $124,810.29, plus Plaintiffs' court costs and reasonable attorneys' fees in the amount of $3,689.50.

On September 8, 2022, Plaintiffs' counsel served a Waiver of the Service of Summons and Complaint on the Defendants. Accordingly, Defendants were required to file their answers or motions under Rule 12 within 60 days, or on or before November 7, 2022. As Defendants have failed to timely answer the Complaint, Plaintiffs respectfully request entry of default and judgment pursuant to F.R.Civ.P. Rule 55(b).

/s/ Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL  60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Long Island Marriott\motion for entry of default and judgment.lmf.df.wpd

**CERTIFICATE OF SERVICE**

      The undersigned, an attorney of record, hereby certifies that on or before the hour of 5:00 p.m., this 9th day of December 2022, I electronically filed the foregoing document (Motion for Entry of Default and Judgment) with the Clerk of Court using the CM/ECF system, which will send notification to the following CM/ECF participant:

      Joel F. Handler
      Law Office of Joel F. Handler
      One E. Wacker Drive, Suite 510
      Chicago, IL 60601
      jhandler@handlerlawgroup.com


                                                    /s/ Laura M. Finnegan

Laura M. Finnegan
Attorney for the Plaintiffs
BAUM SIGMAN AUERBACH & NEUMAN, LTD.
200 West Adams Street, Suite 2200
Chicago, IL 60606-5231
Bar No.: 6210637
Telephone: (312) 216-2563
Facsimile: (312) 236-0241
E-Mail: lmfinnegan@baumsigman.com

I:\HEREW\Long Island Marriott\motion for entry of default and judgment.lmf.df.wpd